IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>　　　　Defendant. | Civil Action No. 4:23-CV-00927-ALM |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT REPORT**

Defendants Sony Corporation, Samsung Electronics Co. Ltd., Nikon Corporation and FUJIFILM Corporation (collectively, the "Defendants") and Optimum Imaging Technologies, LLC ("OIT") (collectively, "The Parties") bring this joint motion to extend the deadline to file the Joint Report from September 5, 2024 to September 10, 2024. The Parties submit that good cause exists for requesting this extension, given that the Parties are in agreement on many issues and would benefit from submitting the Joint Report at the same time as Defendants Olympus Corporation ("Olympus") and OM Digital Solutions ("OMDS").  OIT has filed suit against Olympus and OMDS alleging infringement of the same patents as are at issue in the cases filed against the Defendants.  The Initial Rule 16 Management Conference for the Parties and Olympus and OMDS are all set for September 19, 2024.  The deadline for the Joint Report in the case involving Olympus and OMDS is September 10, 2024.  The Parties believe that the requested extension will allow the Parties and OMDS and Olympus to submit an aligned joint report with a minimum number of outstanding disputes for this Court to resolve.

WHEREFORE, the Parties respectfully request the Court enter an order extending the deadline to file the Joint Report from September 5, 2024 to September 10, 2024.

Dated: September 3, 2024                                     Respectfully submitted,

By: */s/ Robert M. Harkins*                                   By: */s/ Melissa R. Smith*

Robert M. Harkins
CA Bar No. 179525
**Cherian LLP**
2001 Addison St., Suite 275
Berkeley, CA 94704
bobh@cherianllp.com
Telephone: (510) 944-0190

Thomas M. Dunham
DC Bar No. 448407
Michael Woods
DC Bar No. 975433
**Cherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
tomd@cherianllp.com
michaelw@cherianllp.com
Telephone: (202) 838-1560

John L. North
GA Bar No. 545580
**Cherian LLP**
1910 Morrison Drive
Atlanta, GA 30033
johnn@cherianllp.com
Telephone: (202) 838-1560

Hunter S. Palmer
TX Bar No. 24080748
**Cherian LLP**
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
hunterp@cherianllp.com
Telephone: (945) 205-0305

Richard Edlin
New York Bar No. 2051696
Email: edlinr@gtlaw.com
Thomas D. Pease
New York Bar No. 2671741
Email: thomas.pease@gtlaw.com
Julie P. Bookbinder
New York Bar No. 4375259
Email: bookbinderj@gtlaw.com
Jeffrey R. Colin
New York Bar No. 4758272
Email: colinj@gtlaw.com
Brian J. Prew (pro hac vice)
New York Bar No. 4713467
Email: prewb@gtlaw.com
Wen Xue (pro hac vice)
New York Bar No. 5598008
Email: xuew@gtlaw.com
Kathryn E. Albanese
New York Bar No. 5748033
Email: katie.albanese@gtlaw.com
Mark Bhuptani
New York Bar No. 5926183
Email: mark.bhuptani@gtlaw.com
**GREENBERG TRAURIG LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450

*Attorneys for Plaintiff Optimum Imaging Technologies LLC*

Fax: (903) 934-9257

*Attorneys for Defendant Samsung Electronics Co., Ltd*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2024 the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF Systems, pursuant to the Federal Rules of Civil Procedure.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants have complied with Local Rule CV-7(h) by conferring with counsel for Plaintiff, and that this motion is jointly filed.

*/s/ Melissa R. Smith*
Melissa R. Smith