# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| OPTIMUM IMAGING TECHNOLOGIES LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>      Defendant. | Civil Action No. 4:23-CV-00927-ALM |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT REPORT

Before the Court is Defendants Sony Corporation, Samsung Electronics Co. Ltd., Nikon Corporation and FUJIFILM Corporation (collectively, the "Defendants") and Optimum Imaging Technologies, LLC's ("OIT") (collectively, "The Parties") joint motion to extend the deadline to file a Joint Report (the "Motion"). After due consideration, the Court finds that the Motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that the deadline to file the Joint Report is extended from September 5, 2024 to September 10, 2024.

SO ORDERED.